**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**UNITED STATES OF AMERICA,**                                             **PLAINTIFF**

**V.**                                               **CIVIL ACTION NO. 2:10-cv-125-D-V**

**ROBERT TERRY LEE, ET AL.**                                     **DEFENDANTS**

## ORDER

This matter is before the court *ore tenus* on motion of the plaintiff for an extension of time to respond to the pending motions for summary judgment filed on July 20, 2011 (#53) and July 26, 2011 (#57) respectively. Following a teleconference held on July 27, 2011 at 2:30 P.M., the court finds that the motion is well-taken.

**IT IS, THEREFORE, ORDERED** that the following scheduling order shall govern the response deadlines for these motions:

      - Plaintiff's response is due no later than September 30, 2011;

      - Defendants' rebuttal is due no later than October 28, 2011;

**SO ORDERED AND ADJUDGED**, this, the 27th day of July, 2011.

                                            /s/Jane M. Virden
                                            **UNITED STATES MAGISTRATE**